UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

JS-6

CIVIL MINUTES -- GENERAL

Case No.  **CV 12-06505-MWF (MRWx)**               Date:  **November 2, 2012**

Title:   Christina Pica-Van Dyke, et al. -*v*- Bulldog Manufacturing Company, et al.

---

PRESENT:  HONORABLE MICHAEL W. FITZGERALD, U.S. DISTRICT JUDGE

| Rita Sanchez | None Present |
| Courtroom Deputy | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFFS:    ATTORNEYS PRESENT FOR DEFENDANTS:

None Present                                             None Present

PROCEEDINGS (IN CHAMBERS):   ORDER REMANDING ACTION TO STATE COURT

On October 23, 2012, the Court provisionally granted the Motion to Remand Case to California State Court (the "Remand Motion" (Docket No. 47)) filed by Plaintiffs Cristina Pica-Van Dyke and her two siblings, individually and as successor in interest to Phillip J. Pica.  ("October 23 Order" (Docket No. 124)).  A final determination was contingent upon each of Plaintiffs properly executing, filing and serving a statement including the waiver set forth in the October 23 Order.  (*Id.*)

On October 29, 2012, Plaintiffs complied with the October 23 Order in this regard.  (Docket Nos. 125-27).  Although Defendants opposed the Remand Motion, they have filed no objection to these waivers.

Accordingly, the Remand Motion (Docket No. 47) is hereby GRANTED, and this action is REMANDED to California Superior Court.

IT IS SO ORDERED.

---